UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                            :        Case No.17-32655
                                           (Chapter 13)
**RICHARD A. TURNER**        :           (J. Buchanan)
**SSN: XXX-XX-5319**

      **Debtor**

                                       **DEBTOR'S RESPONSE TO**
                                       **CHAPTER 13 TRUSTEE'S**
                                       **MOTION TO DISMISS FOR**
                    :         **FAILURE TO TURN OVER TAX**
                                       **RETURNS**

---

      Now comes Debtor, through counsel, and submits the within response to the

Motion to Dismiss for Failure to Turn Over Tax Returns filed by the Chapter 13 Trustee

on July 26, 2018 (Doc. #21).  Debtor submits that his accountant was delayed in

preparing his return and that he was just provided it on July 31, 2018.  Further, Debtor

transmitted his 2017 tax return to the Chapter 13 Trustee's office on July 31, 2018.

      WHEREFORE, Debtor requests this Court to find the Trustee's Motion to be not

well-taken and to overrule same.

/s/Jeffrey R. McQuiston
JEFFREY R. McQUISTON (0027605)
Attorney for Debtor
1818, First National Plaza
130 W. Second Street
Dayton, Ohio  45402
(937) 226-1212
(937) 226-1224 Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date of filing hereof, a copy of the foregoing Response was electronically served on the U.S. Trustee, 170 N. High Street, Suite 200, Columbus, Ohio 43215-2403, and Jeffrey M. Kellner, Chapter 13 Trustee, 131 N. Ludlow Street, Suite 900, Dayton, OH 45402, registered ECF participants, through the Court's transmission facilities, at their e-mail addresses registered with the Court, and, that the following persons were mailed a copy of the Response U.S. Mail, postage prepaid, addressed to:

Richard A. Turner, 2226 Cybelle Ct., Miamisburg, OH 45342

/s/ Jeffrey R. McQuiston
JEFFREY R. McQUISTON (0027605)
Attorney for Debtor
1818 First National Plaza
130 W. Second Street
Dayton, Ohio  45402
(937) 226-1212
(937) 226-1224 Fax